UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOOMFIELD, INC., On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>XINHUA FINANCE MEDIA LTD., FREDY BUSH, SHELLY SINGHAL, J.P. MORGAN SECURITIES INC., UBS AG, CIBC WORLD MARKETS CORP., and W.R. HAMBRECHT & COMPANY, LLC.,<br><br>　　　　　　　　　　　　Defendants. | **ECF**<br><br>**Civil Action No.  07-CIV-4727 (UA)**<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Bloomfield, Inc. (a private-non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Not applicable.

Date:  June 4, 2007　　　　　　　　　　　　　　　　 /s/ Richard A. Speirs
　　　　　　　　　　　　　　　　　　　　　Signature of Attorney

　　　　　　　　　　　　　　　　　　　　　Richard A. Speirs
　　　　　　　　　　　　　　　　　　　　　Attorney Bar Code:  RS8872