**ZWERLING, SCHACHTER & ZWERLING, LLP**
Richard A. Speirs
David R. Kromm
41 Madison Avenue
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOOMFIELD, INC., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>XINHUA FINANCE MEDIA LTD., FREDY BUSH, SHELLY SINGHAL, J.P. MORGAN SECURITIES INC., UBS AG, CIBC WORLD MARKETS CORP., and W.R. HAMBRECHT & COMPANY, LLC.,<br><br>　　　　　　　　　　Defendants. | Civil Action No.:<br><br>07-CIV-04727 (LTS)<br><br>ECF CASE |

### CERTIFICATE OF SERVICE

I, David R. Kromm, hereby certify that I am over 18 years of age and not a party to the action.

On the 21st day of June 2007, I caused to be served Judge Laura T. Swain's **INITIAL CONFERENCE ORDER** by causing to be mailed the same in a sealed envelope, with postage paid thereon, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, to the following:

### SEE ATTACHED SERVICE LIST

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2007

By: *[signature]*
David R. Kromm

## SERVICE LIST

| | |
|---|---|
| Xinhua Finance Media, Ltd.<br>Rm. 2201 22/F Tower D, Central International Trade Center<br>6A JianWai Avenue, ChaoYang District<br>Beijing 100022, China | Jeffrey Philip Campisi, Esq.<br>Kaplan Fox & Kilsheimer, LLP<br>805 Third Avenue<br>New York, New York 10022 |
| Fredy Bush, c/o Xinhua Finance Media, Ltd.<br>Rm. 2201 22/F Tower D, Central International Trade Center<br>6A JianWai Avenue, ChaoYang District<br>Beijing 100022, China | Jack Gerald Fruchter, Esq.<br>Abraham Fruchter & Twersky, LLP<br>One Pennsylvania Plaza, Suite 2805<br>New York, New York 10119 |
| CIBC World Markets Corp.<br>425 Lexington Avenue<br>New York, New York 10017 | Darren J. Robbins, Esq.<br>Lerach Coughlin Stoia Geller Rudman & Robbins, LLP<br>655 West Broadway, Suite 1900<br>San Diego, California 92101-3301 |
| J.P. Morgan Securities, Inc.<br>270 Park Avenue<br>New York, New York 10017 | Gregory M. Egleston, Esq.<br>Berstein Liebhard & Lifshitz, LLP<br>10 East 40th Street<br>New York, New York 10016 |
| Shelly Singhal, c/o Xinhua Finance Media, Ltd.<br>Rm. 2201 22/F Tower D, Central International Trade Center<br>6A JianWai Avenue, ChaoYang District<br>Beijing 100022, China | Lewis Kahn, Esq.<br>Kahn Gauthier Swick, LLP<br>650 Poydras Street, Suite 2150<br>New Orleans, Louisiana 70130 |
| UBS AG<br>101 Park Avenue<br>New York, New York 10178 | Richard A. Maniskas, Esq.<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087 |
| W.R. Hambrecht & Company, LLC<br>420 Lexington Avenue, Suite 1825<br>New York, New York 10170 | Evan J. Smith, Esq.<br>Brodsky & Smith, LLC<br>240 Mineola Blvd.<br>Mineola, New York 11501 |