UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 4 2008
```

------------------------------------ )
                                     )
IN RE XINHUA FINANCE MEDIA, LTD.     )  MASTER FILE 07 Civ. 3994 (LTS)
SECURITIES LITIGATION                )
                                     )
                                     )
                                     )
                                     )
------------------------------------ )

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiffs filed their Consolidated Amended Complaint on October 22,

2007, pursuant to the Court's July 23, 2007 Order (the "Order");

WHEREAS, Defendants filed their Motions to Dismiss on December 21, 2007;

WHEREAS, Plaintiffs' Opposition Memoranda of Law to Defendants' Motions to

Dismiss are presently due on February 19, 2008;

WHEREAS, Defendants' Reply Memoranda of Law in support of their Motions to

Dismiss are presently due April 4, 2008.

IT IS HEREBY STIPULATED, by and between the Plaintiffs and Defendants, through

their respective counsel of record, as follows:

(1)    The deadline for Plaintiffs' Opposition Memoranda of Law to Defendants'

Motions to Dismiss is hereby extended through and including March 11, 2008.

(2)    The deadline for Defendants' Reply Memoranda of Law in support of their

Motions to Dismiss is hereby extended through and including May 16, 2008.

(3)    Plaintiffs have also agreed to an extension of 10 additional pages on Defendants'

Reply Memoranda of Law in support of their Motions to Dismiss. That extension is hereby

approved.

14479v1

Dated: January 30, 2008          **BERNSTEIN LIEBHARD & LIFSHITZ, LLP**

By: _____
       U. Seth Ottensoser
       Gregory M. Egleston
       10 East 40th Street, 22nd Floor
       New York, NY 10016
       Telephone: (212) 779-1414
       Facsimile: (212) 779-3218
       Email: ottensoser@bernlieb.com
       Email: egleston@bernlieb.com

Dated: January 30, 2008          **KAHN GAUTHIER SWICK, LLC**

By: Kim E. Miller /scb
       Kim E. Miller
       12 East 41th Street – 12th Floor
       New York, NY 10017
       Telephone: (212) 696-3730
       Facsimile: (504) 455-1498
       Email: kim.miller@kgscounsel.com

       *Co-Lead Counsel for Plaintiffs*

Dated: January ___, 2008          **WILSON SONSINI GOODRICH & ROSATI**
                                  **Professional Corporation**

By: _____
       Douglas Clark
       Gideon A. Schor
       1301 Avenue of the Americas, 40th Floor
       New York, New York 10019
       Tel: (212) 497-7753
       Email: dclark@wsgr.com
       Email: gschor@wsgr.com

       *Attorneys for Defendants Xinhua Finance Media Ltd., Fredy Bush, and Shelly Singhal*

14479v1                          2

Dated: January ___, 2008

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**

By: _____
    U. Seth Ottensoser
    Gregory M. Egleston
10 East 40th Street, 22nd Floor
New York, NY 10016
Telephone:  (212) 779-1414
Facsimile:  (212) 779-3218
Email: ottensoser@bernlieb.com
Email: egleston@bernlieb.com

Dated: January ___, 2008

**KAHN GAUTHIER SWICK, LLC**

By: _____
    Kim E. Miller
12 East 41th Street – 12th Floor
New York, NY  10017
Telephone: (212) 696-3730
Facsimile:  (504) 455-1498
Email: kim.miller@kgscounsel.com

*Co-Lead Counsel for Plaintiffs*

Dated: January 31, 2008

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

By: _____
    Douglas Clark
    Gideon A. Schor
1301 Avenue of the Americas, 40th Floor
New York, New York  10019
Tel: (212) 497-7753
Email: dclark@wsgr.com
Email: gschor@wsgr.com

*Attorneys for Defendants Xinhua Finance Media
Ltd., Fredy Bush, and Shelly Singhal*

14479v1

2

Dated: January ___, 2008          **CLIFFORD CHANCE US LLP**

By: _____

Mark A. Kirsch
Mark Holland
31 West 52nd Street
New York, New York 10019
Tel: (212) 878-9000
Email: mark.kirsch@cliffordchance.com
Email: mark.holland@cliffordchance.com

*Attorneys for Defendants JP Morgan Securities*
*Inc., UBS AG, CIBC World Markets Corp., and*
*W.R. Hambrecht Co. LLC*

SO ORDERED this __1__ day of February, 2008:

Honorable Laura T. Swain
United States District Judge